ORIGINAL
SEALED
FILED
APR 1 0 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY WAYNE THOMPSON,<br><br>*Defendant.* | SEALED<br><br>Case No. 24 CR - 6 2 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FELON IN POSSESSION OF A FIREARM AND AMMUNITION
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about February 21, 2023, in the Eastern District of Oklahoma, the Defendant, **JEFFREY WAYNE THOMPSON**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, a firearm and ammunition, to-wit:

- one (1) Taurus, model G2C, 9mm semi-automatic pistol, bearing serial number 1C068706;

- two (2) rounds of SIG branded 9mm ammunition;

- three (3) rounds of Browning branded 9mm ammunition; and

- one (1) round of Hornady branded 9mm ammunition,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

**FORFEITURE ALLEGATION**
[18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violation charged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), the defendant, **JEFFREY WAYNE THOMPSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one (1) Taurus, model G2C, 9mm semi-automatic pistol, bearing serial number 1C068706;
- approximately two (2) rounds of SIG branded 9mm ammunition;
- approximately three (3) rounds of Browning branded 9mm ammunition; and
- approximately one (1) round of Hornady branded 9mm ammunition.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

MICHAEL E. ROBINSON, MA BAR # 693574
Assistant United States Attorney